ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil File No. 01-1362 PAM/RLE

MINNEAPOLIS PAINTING INDUSTRY HEALTH & WELFARE FUND, MINNEAPOLIS LOCAL 386 DRYWALL FINISHING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY PENSION FUND, MINNEAPOLIS PAINTING INDUSTRY VACATION AND HOLIDAY FUND, MINNESOTA PUBLIC RELATIONS AND APPRENTICESHIP TRAINING FUND,

Plaintiffs,

vs.

STEINBRECHER PAINTING, INC.,

Defendant.

**NOTICE OF DISMISSAL**
**WITH PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned matter with prejudice.

Dated: November 20, 2001

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By ______________________
Pamela Hodges Nissen
Atty. Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED NOV 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

# ORDER

**IT IS HEREBY ORDERED**: pursuant to the Notice of Dismissal by the Plaintiffs, this matter is dismissed with prejudice.

Dated: November 26, 2001

The Honorable Paul A. Magnuson
Judge of District Court